IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00231-RPM

AMANDA P. SCOTT and
HEIDI ANDERSON,

    Plaintiffs,

v.

LOTUS SCHOOL FOR EXCELLENCE INC.;
ADNAN DOYURAN,

    Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
   Secretary

    Defendant Lotus School for Excellence, Inc.'s unopposed motion to change the date of the May 2, 2014, scheduling conference is granted.  The conference is **rescheduled for June 4, 2014, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  The proposed scheduling order must be submitted in paper form directly to chambers by **May 29, 2014, at 4:00 p.m.**

DATED:   April 14, 2014