IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00231-RPM

AMANDA P. SCOTT and
HEIDI ANDERSON,

      Plaintiffs,

v.

LOTUS SCHOOL FOR EXCELLENCE INC.;
ADNAN DOYURAN,

      Defendants.

_____

ORDER EXTENDING EXPERT DISCLOSURE DEADLINES
_____

Pursuant to the Stipulated Motion to Modify Scheduling Order to Extend Expert Disclosure Deadline [17], it is

ORDERED that the motion is granted. The Plaintiffs' Expert Disclosure deadline is extended to and including November 6, 2014, and the Defendants' rebuttal Expert Disclosure deadline is now December 8, 2014.

DATED: September 24th, 2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge