IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 1:14-CV-00231-RPM

AMANDA P. SCOTT, an individual;
HEIDI ANDERSON, an individual

       Plaintiffs,

v.

LOTUS SCHOOL FOR EXCELLENCE INC,
a Nonprofit Corporation; ADNAN DOYURAN, an individual

       Defendants.

---

**ORDER RE: PLAINTIFFS UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER TO EXTEND EXPERT DISCLOSURE DEADLINES**

---

THE COURT, having reviewed Plaintiffs Unopposed Motion to Modify Scheduling Order to Extend Expert Disclosure Deadlines, and being fully advised on the premise, hereby GRANTS the Stipulated Motion.

IT IS HEREBY ORDERED that the Plaintiffs' Expert Disclosure deadline is extended to and including December 8, 2014, and the Defendants' rebuttal Expert Disclosure deadline is now January 8, 2015.

DATED this 30th day of October, 2014.

                                       BY THE COURT:

                                       s/Richard P. Matsch

                                       _____
                                       Richard P. Matsch, Senior Judge