IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00231-RPM

AMANDA P. SCOTT, and
HEIDI ANDERSON,

     Plaintiffs,

v.

LOTUS SCHOOL FOR EXCELLENCE, INC.,
A non profit corporation, and
ADNAN DOYURAN,

     Defendants.

---

### ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2

---

The Court has signed a Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under restriction based on the Protective Order.

Dated: November 13th, 2014

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
.                                               Richard P. Matsch, Senior District Judge