## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No: 1:14-cv-00231-RPM

AMANDA P. SCOTT, an individual;
HEIDI ANDERSON, an individual

       Plaintiffs,

v.

LOTUS SCHOOL FOR EXCELLENCE, INC,
a Nonprofit Corporation;
ADNAN DOYURAN, an individual,

       Defendants.

_____

ORDER RE: JOINT MOTION MODIFY SCHEDULING ORDER (CM/ECF #16) TO EXTEND DISCOVERY CUTOFF AND RELATED DEADLINES
_____

THE COURT, having reviewed the parties' Joint Motion to Modify Scheduling Order to Extend Discovery Cutoff of Related Deadlines, and being fully aware of premise therein, HEREBY GRANTS the Motion.

IT IS HEREBY ORDERED as follows:

1) The Discovery Cutoff within the Scheduling Order is now modified to and including March 9, 2015.

2) Plaintiffs shall have up through and including January 19, 2015 to produce their discovery responses.

3) Defendants shall have up through and including January 22, 2015 to produce their expert disclosures.

Dated this 23rd day of December, 2014.

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge