### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No: 1:14-cv-00231-RPM

AMANDA P. SCOTT, an individual;
HEIDI ANDERSON, an individual

    Plaintiffs,

v.

LOTUS SCHOOL FOR EXCELLENCE, INC,
a Nonprofit Corporation;
ADNAN DOYURAN, an individual,

    Defendants.

_____

ORDER RE: JOINT MOTION MODIFY SCHEDULING ORDER (CM/ECF #30) TO EXTEND THE DISCOVERY CUTOFF AND DISPOSITIVE MOTION DEADLINES
_____

THE COURT, having reviewed the parties Joint Motion to Modify Scheduling Order to Extend the Discovery Cutoff and Dispositive Motion Deadlines, and being fully aware of the premise therein, HEREBY GRANTS the Motion.

IT IS HEREBY ORDERED as follows:

1) The Discovery Cutoff within the Scheduling Order is now modified to and including April 6, 2015.

2) The Dispositive Motions Deadline is extended to April 25, 2015.

Dated this 17th day of February, 2015.

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        SENIOR DISTRICT JUDGE