IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00231-RPM

AMANDA P. SCOTT and
HEIDI ANDERSON,

    Plaintiffs,

v.

LOTUS SCHOOL FOR EXCELLENCE INC.;
ADNAN DOYURAN,

    Defendants.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulated Motion to Dismiss with Prejudice [Doc. 33] filed April 13, 2015, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

DATED:   April 13th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge